## Fields v. Fields, Appellant.

Argued April 10, 1974. *Alfred C. Maiello,* with him *McCrady, Nicklas, McCrady & Maiello,* for appellant; *Robert B. Truel,* with him *Truel & Ploeger,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record we are of the opinion that the court below properly granted a decree in divorce in this case.